**Electronically Filed
Supreme Court
SCWC-21-0000682
06-AUG-2025
10:41 AM
Dkt. 21 ODAC**

SCWC-21-0000682

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for RESIDENTIAL ASSET SECURITIZATION TRUST Series 2004-A9 MORTGAGE PASS-THROUGH CERTIFICATES Series 2004-I, Respondent/Plaintiff-Appellee,

vs.

DIANA G. BROWN; D. MICHAEL DUNNE, Successor Trustee of THE REVOCABLE LIVING TRUST OF HAROLD G. STRAND and MARGARET M. STRAND; JERRY IVY; OMNI FINANCIAL, INC.; CITIBANK (SOUTH DAKOTA), N.A., Respondents/Defendants-Appellees,

and

THE ASSOCIATION OF OWNERS OF THE KUMULANI AT THE UPLANDS AT MAUNA KEA, an Unincorporated Association, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000682; CASE NO. 3CC11100410K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner The Association of the Owners of the Kumulani at the Uplands at Mauna Kea's Application for Writ of Certiorari, filed on June 9, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, August 6, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

